UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALASKA MARINE LINES INC,

                Plaintiff,

    v.

DUNLAP TOWING COMPANY,

                Defendant.

Case No. C21-842 RAJ-MLP

MINUTE ORDER

        The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

        The Court received a stipulated motion to extend discovery deadlines in this matter. (Dkt. # 21.) The parties request the FRCP 26(f) conference deadline be extended until 14 days after the Court's decision on the pending motion for remand, the initial disclosure deadline be extended until 30 days after the Court's decision on the pending motion for remand, and the joint status report deadline be extended until 21 days after the Court's decision on the pending motion for remand. (*Id.*)

MINUTE ORDER - 1

The Court hereby strikes the pending FRCP 26(f) conference deadline, initial disclosure deadline, and joint status report deadline and directs the parties to submit a joint status report seven days after the Report and Recommendation regarding the motion to remand is issued.

Dated this 23rd day of August, 2021.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
Deputy Clerk

MINUTE ORDER - 2