UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALASKA MARINE LINES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DUNLAP TOWING COMPANY ,<br><br>    Defendant. | Case No. C21-842-RAJ-MLP<br><br>MINUTE ORDER |

    The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

    On August 23, 2021, the Court issued an order directing the parties to submit a joint status report seven days after a Report and Recommendation regarding the motion to remand was issued. (Dkt. # 22.) On October 4, 2021, the Court issued the Report and Recommendation, recommending that the case be remanded. (Dkt. # 27.) Objections have been filed, noted for consideration on November 5, 2021. (Dkt. # 28.) Because the District Judge's ruling on the objections and the Report and Recommendation will determine whether the case remains before this Court, the Court hereby strikes the joint status report deadline and directs the parties to submit a joint status report within seven days after the District Judge rules on the objections

MINUTE ORDER - 1

unless the District Judge adopts the Report and Recommendation and grants the motion to remand.

Dated this 26th day of October, 2021.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2