1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

ALASKA MARINE LINES, INC.,

9

Plaintiff,

Case No. C21-842-RAJ-MLP

10

v.

ORDER

11

DUNLAP TOWING COMPANY ,

12

Defendant.

13

14    Having reviewed the Report and Recommendation of the Honorable Michelle L.
15  Peterson, United States Magistrate Judge, any objections or responses to that, and the
16  remaining record, the Court finds and ORDERS:

17    (1)    The Court ADOPTS the Report and Recommendation.

      (2)    This case is REMANDED to the King County Superior Court.
18
      (3)    The Clerk is directed to send copies of this Order to the parties and to Judge
19  Peterson.

20    DATED this 20th day of January, 2022.

21

22

23

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1